United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARKO KOENIG,<br><br>    Plaintiff,<br><br>  v.<br><br>RYAN WRIGHT, et al.,<br><br>    Defendants. | Case No. 16-cv-03621-JST<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This action was filed on June 27, 2016. As of the date of this order, the Plaintiff has not served the complaint on any defendant.

Rule 4 of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m). More than 90 days having elapsed since the filing of the complaint, the Plaintiff is ORDERED TO SHOW CAUSE why the complaint should not be dismissed.

The Court will conduct a hearing on this order to show cause on February 8, 2017 at 2:00 p.m. A written response must be filed by January 30, 2017.

The case management conference currently scheduled for December 7, 2016 is continued

/ / /

/ / /

/ / /

/ / /

/ / /

1  to February 8, 2017 at 2:00 p.m.  An updated Joint Case Management Statement is due by January
2  30, 2017.
3        IT IS SO ORDERED.
4  Dated:  December 5, 2016



JON S. TIGAR
United States District Judge