UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARKO KOENIG,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN WRIGHT, et al.,<br><br>    Defendants. | Case No. 16-cv-03621-JST<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE AND CASE MANAGEMENT CONFERENCE** |

The Court has received Plaintiff's Response to Order to Show Cause and Request for Extension of Time For Service of Complaint and Case Management. ECF No. 15.

It concerns the Court that Plaintiff's counsel did not read the Court's December 5, 2016 Order to Show Cause when it was issued. Also, Plaintiff's response does not provide good cause for Plaintiff's failure to serve the complaint, which was filed 161 days before the issuance of the December 5, 2016 Order to Show Cause and 225 days before the issuance of the present order. The complaint remains unserved.

However, Plaintiff's counsel is experiencing medical difficulties that make it unfair to proceed on February 8, 2017. The Court therefore CONTINUES the February 8, 2017 Case Management Conference and Order to Show Cause Hearing to April 5, 2017 at 2:00 p.m. A written response to the December 5, 2016 Order to Show Cause must be filed by March 22, 2017 at 5:00 p.m.

IT IS SO ORDERED.

Dated: February 7, 2017

                                                            JON S. TIGAR<br>
                                                     United States District Judge