UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MARKO KOENIG,<br>        Plaintiff,<br>    v.<br>RYAN WRIGHT, et al.,<br>        Defendants. | Case No. 16-cv-03621-JST<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This Court previously issued an Order to Show Cause why this case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 22. The order required Plaintiff's counsel to file a written response by September 12, 2017 and to appear in Court on September 20, 2017. The Court warned that the case would be dismissed if Plaintiff's counsel failed to file a response demonstrating good cause. Plaintiff's counsel neither filed a response nor appeared in court.

It has now been 450 days since this case was filed, and the Defendants have not been served. Plaintiff has not demonstrated good cause for this failure. The case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 20, 2017

_____
JON S. TIGAR
United States District Judge